# In the United States District Court
# For the Southern District of Georgia
# Brunswick Division

| | | |
|---|---|---|
| LATISHA DENISE FARROW, | * | |
| | * | |
| Plaintiff, | * | CIVIL ACTION NO.: 2:17-cv-150 |
| | * | |
| v. | * | |
| | * | |
| WILL FRAZIER, et al., | * | |
| | * | |
| Defendants. | * | |

## ORDER

After an independent and *de novo* review of the entire record, the undersigned concurs with the Magistrate Judge's April 11, 2018 Report and Recommendation, dkt. no. 8, to which the parties did not file Objections. Accordingly, the Court **ADOPTS** the Magistrate Judge's Report and Recommendation as the opinion of the Court.

The Court **DISMISSES** Plaintiff's federal claims against Defendants Will Frazier, Mrs. Linda, Tawana Hardee, Brittany, Mrs. Carolyn, and Michael Arrinston, and **DISMISSES without prejudice** Plaintiff's state and local law claims against all Defendants. However, Plaintiff's remaining federal claims against Defendant King and Prince Seafood shall remain pending

before the Court.

**SO ORDERED**, this \_\_\_11\_\_\_ day of \_\_\_May_____, 2018.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)